JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD PARKER, <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br> VALENCIA BMW, <br><br>　　　　Defendant. | Case No. CV 23-9586 FMO (SKx) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 30th day of January, 2024.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　United States District Judge